**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6284**

DAVID DWAYNE PERRY,

Plaintiff - Appellant,

v.

DR. CUITILLAR, MD; MRS. WIGGINS, Counselor; DR. NOGO, MD; C/O
FROSTER; DR. RICHARD SKOKEY, MD; DR. GRADDY, Psychiatrist and MD;
MAIL ROOM STAFF,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  James C. Dever III, District Judge.  (5:21-ct-03307-D)

Submitted:  October 31, 2023                           Decided:  December 19, 2023

Before WYNN and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Dwayne Perry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Dwayne Perry appeals the district court's order dismissing without prejudice his civil rights action under Fed. R. Civ. P. 41(b) based on his failure to comply with court orders to pay the filing and administrative fee. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Perry's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We deny Perry's motions for a temporary restraining order and for conference and scheduling for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*